ALEXANDER ROBB, Respondent, *v.* ANN ERRETT, Appellant; Impleaded with Another.

*Robb* v. *Errett*, 160 App. Div. 924, affirmed.
(Argued January 26, 1916; decided February 22, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 19, 1914, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by

plaintiff through the negligence of defendants. The complaint alleged that the defendant, appellant, was the owner of a building, on the fifth floor of which the plaintiff was employed by a lessee; that a fire broke out on the second floor, occupied by the defendant West End Motor Cab Company, and quickly spread throughout the building. There were no fire escapes on the building and the plaintiff tried to escape down the stairway and by means of the elevator. Finding those means of escape cut off, he attempted to leave the building by climbing down certain iron shutters in the rear of the building, but was caused to fall from the fourth story to the basement and received the injuries complained of.

*Alexander Lamont* for appellant.

*Herbert C. Smyth, Joseph A. Burdeau* and *Roderic Wellman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ. Not voting: HISCOCK, J.